1  THOMAS E. FRANKOVICH (State Bar #074414)
   JESSICA A. DAYTON (State Bar #231698)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA  94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  JAREK MOLSKI
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION
   SERVICES: HELPING YOU
8  HELP OTHERS

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MORGAN HILL 76; TOSCO CORPORATION, a Nevada corporation; and SATNAM PETROLEUM INC., a California corporation, dba MORGAN HILL 76,<br><br>    Defendants. | **CASE NO. C 04-1945 JW**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

    IT IS SO STIPULATED.

DATED: October 10, 2005      THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
    Jessica A. Dayton
Attorneys for Plaintiffs JAREK MOLSKI
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU HELP
OTHERS

DATED: September 23, 2005      STEPHEN THOMAS ERB, APC

By: _____/s/_____
    Stephen Thomas Erb
Attorney for Defendants TOSCO CORPORATION,
and SATNAM PETROLEUM INC.

### ORDER

    IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 10/12/05 , 2005

_____
Hon. James Ware
United States District Court Judge